# Court of Appeals
# of the State of Georgia

ATLANTA,  June 15, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1599.  CHERYL WILLIS ET AL. v. THE ANTHEM COMPANIES, INC. ET AL.

Cheryl Willis and Amajam, Inc., filed defamation claims against the predecessor in interest to the Anthem Companies, Inc., and Richard Andrews (collectively, "Anthem"). Anthem moved to dismiss Willis's defamation claims, and the trial court granted the motion. Willis then filed this direct appeal, which Anthem has  moved to dismiss on the basis that it is interlocutory.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989)  (punctuation omitted).  In this case, although the trial court dismissed Willis's claims against Anthem, Amajam, LLC's defamation claim remains pending.  Therefore, the challenged order is not a final order, and it is appealable only through the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b).  See id. Anthem's motion to dismiss is hereby GRANTED, and this appeal is DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  06/15/2020
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____, Clerk.